UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON HACKER, on behalf of all of those similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>GLANBIA PERFORMANCE NUTRITION, INC.,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 22CV1119-L(BLM)<br><br>**ORDER CONFIRMING SETTLEMENT SETTING DEADLINE TO FILE VOLUNTARY DISMISSAL OR STIPULATION FOR DISMISSAL** |

　　　　In a notice of settlement dated October 18, 2022, counsel for the parties informed the Court that "the parties have reached an agreement in principle that will resolve all pending claims between them." ECF No. 4.  Because the case has settled to Plaintiff Jason Hacker, all other pending dates before Magistrate Judge Major are hereby vacated.  Any matters currently scheduled before the district judge shall remain in effect pending notice from that court.

　　　　The Court notes that Defendant has not served an answer or a motion for summary judgment. See Docket.  Accordingly, Plaintiff is ordered to file his voluntary dismissal of the case or a stipulation for dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure no later than **December 13, 2022**.  If Plaintiff files a stipulation for dismissal, a proposed order on the stipulation for dismissal must be e-mailed to the district judge's chambers[1] on the same

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and

1

day. If the signed stipulation for dismissal or voluntary dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge Major.

If the fully executed stipulation for dismissal or voluntary dismissal is not filed by **December 13, 2022**, then Plaintiff's counsel of record is required to appear **in person** for a Settlement Disposition Conference. The Settlement Disposition Conference will be held on **December 20, 2022** at **9:30 a.m.** in **Courtroom 3D**.

If counsel of record for Plaintiff fails to appear at the Settlement Disposition Conference, or Plaintiff fails to file the voluntary dismissal or stipulation for dismissal in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED**.

Dated: 10/19/2022

Hon. Barbara L. Major
United States Magistrate Judge

---

Procedures Manual, available at www.casd.uscourts.gov.